IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DALE LEACH and KAYE LEACH, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 08-cv-0143-MJR-CJP |
| ) | |
| CONOCO PHILLIPS COMPANY ) | |
| and BAUER CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## ORDER DISMISSING DEFENDANT BAUER

Reagan, District Judge:

On August 6, 2008, the Court dismissed with prejudice Counts 3 and 4 of Plaintiffs' first amended complaint (products liability and loss of consortium claims against Defendant Bauer Corporation) but refrained from dismissing Bauer as a Defendant, allowing Plaintiffs an opportunity to file a second amended complaint alleging any *other* claims they might have against Bauer. Those claims had to be presented in a second amended complaint filed on or before September 6, 2008. *See* Doc. 34.

The September 6, 2008 deadline has elapsed. Plaintiffs' neither filed an amended complaint nor sought additional time in which to do so. Accordingly, **no claims remain against Bauer herein**, and the Court **DISMISSES Bauer** from this action. Still remaining are Plaintiffs' claims against Defendant Conoco Phillips (Counts 1 and 2 of the first amended complaint, alleging negligence and loss of consortium). In all future pleadings, the parties shall omit the reference to Defendant Bauer and style the case as *Dale Leach and Kaye Leach, Plaintiffs, vs. Conoco Phillips Company, Defendant*.

IT IS SO ORDERED.

DATED this 19th day of September 2008.

s/ Michael J. Reagan
Michael J. Reagan
United States District Judge